William W. Steckbauer (California State Bar No. 116262)
SHUMAKER STECKBAUER WEINHART & SRAGOW, LLP
300 S. Grand AVenue, Suite 1400
Los Angeles, California 90071
(213) 229-2868 -- telephone
(213) 629-4520 -- facsimile

**ORIGINAL**

Priority  ✓
Send  ✓
Enter  ___
Closed  ___
JS-5/JS-6  ___
JS-2/JS-3  ___
Scan Only ___

FILED
CLERK, U.S DISTRICT COURT
OCT 23 2002
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

HINDIN/OWEN/ENGELKE, INC., a corporation and W/F INVESTMENT Corp., a corporation,
  Plaintiff(s)

v.

SKILSTAF, INC., a corporation, and DOES 1 through 10, inclusive
  Defendant(s)

CASE NUMBER: CV-01-03018 AHM (Ex)

**SUBSTITUTION OF ATTORNEY**

W/F INVESTMENT CORP.     [X] Plaintiff  [ ] Defendant  [ ] Other _____
  Name of Party

hereby substitutes   William W. Steckbauer     116262   who is
                                              State Bar Number

[X] Retained Counsel  [ ] Court Appointed Counsel  [ ] Pro Per   300 S. Grand Avenue, Suite 1400
                                                                  Street Address

Los Angeles, California 90071   (213) 229-2868   (213) 629-4560  attorney
  City, State, Zip Code         Telephone Number   Facsimile Number

of record in the place and stead of   Philip D. Dapeer
                                       Present Attorney

Dated: October 3, 2002
                                       Signature of Party

I have given proper notice pursuant to Local Rule 83-2.9.2 and further consent to the above substitution.

Dated: October 11, 2002
                                       Signature of Present Attorney

I am duly admitted to practice in this District pursuant to Local Rule 83-2.8.

Dated: October 23, 2002
                                       Signature of New Attorney

Substitution of Attorney is hereby [X] Approved.  [ ] Denied.

Dated: OCT 23 2002
                                       United States District Judge

NOTICE TO COUNSEL: If you are currently enrolled in the Optical Scanning Program and have changed your facsimile number or e-mail address since your enrollment, you must complete an Enrollment/Update Form G-76 to ensure that documents are served at the proper facsimile number or e-mail address. This form, as well as information about the Optical Scanning Program, is available on the Court's website at www.cacd.uscourts.gov.

ENTER ON ICMS

SUBSTITUTION OF ATTORNEY
G-01 (10/01)

62

2002 © American LegalNet, Inc

## PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA          )
                             ) ss
COUNTY OF LOS ANGELES        )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 300 South Grand Avenue, Suite 1400, Los Angeles, California 90071.

On **October 23, 2002**, I served the foregoing document(s) described as **SUBSTITUTION OF ATTORNEY** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| Philip D. Dapeer, Esq.<br>**Law Offices of Philip D. Dapeer**<br>5670 Wilshire Blvd., Suite 1470<br>Los Angeles, CA 90036-5679 | Laurence M. Berman, Esq.<br>Eric Levinrad, Esq.<br>**Berman, Mausner & Resser**<br>4747 Wilshire Blvd., Suite 500<br>Los Angeles, CA 90010 |

**X**   **BY MAIL**

I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

**BY PERSONAL SERVICE:**

\_   By personally delivering copies to the person served.

\_   I delivered such envelope by hand to the office of the addressee pursuant to C.C.P. Section 1011.

**X**   **FEDERAL**   I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on **October 23, 2002**, at Los Angeles, California.

_____
Elizabeth Cervantes